No. 599. FRED M. HARDEN *v.* MANUEL ARIAS RODRI-GUEZ ET AL. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Clement L. Bouvé* for petitioner. *Mr. Alexander Britton* and *Mr. Lawrence H. Cake* for respondents.

---

No. 600. PYLE-NATIONAL COMPANY *v.* OLIVER ELECTRIC MANUFACTURING COMPANY. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John J. Healy* and *Mr. Francis W. Parker, Jr.,* for petitioner. *Mr. Edwin E. Huffman* for respondent.

---

No. 604. ST. LOUIS ELECTRICAL WORKS ET AL. *v.* FORE ELECTRICAL MANUFACTURING COMPANY ET AL. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John H. Bruninga* for petitioners. No appearance for respondents.

---

No. 605. MARY BANKS *v.* STATE OF ALABAMA. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Alabama denied. *Mr. H. H. Swift* for petitioner. *Mr. Hartwell G. Davis* for respondent.

---

No. 608. PENNSYLVANIA RAILROAD COMPANY *v.* UNITED STATES. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Shirley Carter* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.